■ In the Matter of VICTORIA WOFFORD, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent. [21 NYS3d 620]—Judgment, Supreme Court, New York County (Eileen A. Rakower, J.), entered November 28, 2014, dismissing the petition seeking, inter alia, to annul the determination to deny petitioner's release to parol supervision, unanimously affirmed, without costs.

The petition was properly dismissed as moot, because while the instant proceeding was pending, petitioner was granted her release to parole supervision (*see e.g. Matter of Beltran v New York State Bd. of Parole*, 105 AD3d 1224 [3d Dept 2013]; *Matter of Wingate v New York State Div. of Parole*, 50 AD3d 1336 [3d Dept 2008]). We have considered petitioner's contentions that the matter is not moot, and find them unavailing. Concur—Mazzarelli, J.P., Sweeny, Manzanet-Daniels and Gische, JJ.